THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IAM NATIONAL PENSION FUND, )<br>)<br>*and* )<br>)<br>YOLANDA MONTGOMERY, )<br>)<br>*Plaintiffs,* )<br>v. )<br>)<br>VALIANT GLOBAL DEFENSE )<br>SERVICES, INC. )<br>)<br>*Defendant.* )<br>_____) | Case No.: 1:25-cv-04027-JDB |

## NOTICE OF APPEARANCE OF MICAH E. TICATCH

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm Isler Dare, P.C., who is a member in good standing of the District of Columbia Bar and of this Court, hereby enters his appearance in the above-titled action on behalf of Defendant Valiant Global Defense Services, Inc.

Dated: December 10, 2025

Respectfully submitted,

*/s/ Micah E. Ticatch*
Micah E. Ticatch, D.C Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
mticatch@islerdare.com

*Counsel for Defendant*
*Valiant Global Defense Services, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Zachary Weinberg
>IAM NATIONAL BENEFIT FUNDS
>99 M Street SE
>Suite 600
>Washington, DC 20003
>202-998-8426
>zweinberg@iamnpf.org
>
>*Counsel for Plaintiffs*

>                         /s/ Micah E. Ticatch
>                         Micah E. Ticatch, DC Bar No. 1005398
>                         ISLER DARE, P.C.
>                         1945 Old Gallows Road. Suite 650
>                         Vienna, Virginia 22182
>                         Phone: (703) 748-2690
>                         Facsimile: (703) 748-2695
>                         mticatch@islerdare.com
>
>                         *Counsel for Defendant*
>                         *Valiant Global Defense Services, Inc.*