THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IAM NATIONAL PENSION FUND,<br><br>and<br><br>YOLANDA MONTGOMERY,<br><br>*Plaintiffs,*<br>v.<br><br>VALIANT GLOBAL DEFENSE SERVICES, INC.<br><br>*Defendant.* | Case No.: 1:25-cv-04027-JDB |

**DEFENDANT'S CONSENTED TO MOTION
TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant Valiant Global Defense Services, Inc. ("Valiant" or "Defendant"), by counsel, respectfully moves the Court for entry of an Order extending the time for Defendant to respond to the Complaint filed by Plaintiffs IAM National Pension Fund and Yolanda Montgomery ("Plaintiffs"). In support of this Motion, Defendant states the following:

1. Plaintiffs filed the Complaint with this Court on November 18, 2025.

2. On November 24, 2025, Plaintiffs served the Complaint and Summons upon Defendant, making its responsive pleading currently due on December 15, 2025.

3. Counsel for Plaintiffs has consented to the filing of this Motion for a 30-day extension of time by which Defendant must serve and file its responsive pleadings (until January 14, 2026), in order to afford the parties an opportunity to explore whether an early resolution of this matter is possible.

4. Defendant has not previously filed a motion to extend the time to file responsive pleadings in this matter.

1

5.       This Motion is made in good faith and not for the purposes of delay.  Granting this Motion will not delay the efficient and timely adjudication of this action and will not prejudice any party.

6.       All parties hereby waive oral argument on this Motion.

WHEREFORE, Defendant, by counsel, moves the Court to issue an order setting January 14, 2026, as the date by which Defendant must file and serve its responsive pleadings in this matter.  A proposed Order is being filed simultaneously.

Dated: December 10, 2025                              Respectfully submitted,

*/s/ Micah E. Ticatch*
Micah E. Ticatch, D.C Bar No. 1005398
Edward Lee Isler, D.C. Bar No. 417076
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
mticatch@islerdare.com
eisler@islerdare.com

*Counsel for Defendant*
*Valiant Global Defense Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Zachary Weinberg
>IAM NATIONAL BENEFIT FUNDS
>99 M Street SE
>Suite 600
>Washington, DC 20003
>202-998-8426
>zweinberg@iamnpf.org
>
>*Counsel for Plaintiffs*

>/s/ Micah E. Ticatch
>Micah E. Ticatch, D. DC Bar No. 1005398
>ISLER DARE, P.C.
>1945 Old Gallows Road. Suite 650
>Vienna, Virginia 22182
>Phone: (703) 748-2690
>Facsimile: (703) 748-2695
>mticatch@islerdare.com
>
>*Counsel for Defendant*
>*Valiant Global Defense Services, Inc.*