THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IAM NATIONAL PENSION FUND, )<br>)<br>*and* )<br>)<br>YOLANDA MONTGOMERY, )<br>)<br>*Plaintiffs,* )<br>v. )<br>)<br>VALIANT GLOBAL DEFENSE )<br>SERVICES, INC. )<br>)<br>*Defendant.* )<br>) | Case No.: 1:25-cv-04027-JDB |

**PROPOSED ORDER**

Upon consideration of Defendant's Consented to Motion to Extend Time to Respond to Complaint ("Motion"), and for the good cause shown, it is hereby:

1. **ORDERED** that the Motion is **GRANTED**; and it is further

2. **ORDERED** that Defendant shall file its responsive pleadings to Plaintiffs' Complaint on or before January 14, 2026.

Entered this ___ day of December 2025.

                                                                    Hon. John D. Bates
                                                                    United States District Judge