THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IAM NATIONAL PENSION FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VALIANT GLOBAL DEFENSE SERVICES, INC. <br><br> Defendant. | Civil Action No. 1:25-cv-04027 |

**PLAINTIFFS' NOTICE OF PENDING SETTLEMENT**

Plaintiffs, IAM National Pension Fund and Yolanda Montgomery in her capacity as Executive Director of the Funds (collectively, "Plaintiffs"), hereby files this notice of Pending Settlement to advise the Court that the Parties have agreed upon the terms to settle this matter. Once the Settlement Agreement is executed, and payment has been received, Plaintiffs will file a Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Therefore, Plaintiffs respectfully request that this Court enter the Proposed Order attached hereto as **Exhibit 1**, vacating the Court's Minute Order from December 10, 2025, and providing Plaintiffs thirty (30) days to file the Notice of Voluntary Dismissal with Prejudice, on or before February 12, 2026.

Dated: January 13, 2026

        Respectfully submitted,

        By: /s/Zachary Weinberg
        Zachary Weinberg (90025171)
        Senior Litigation Counsel Contribution Compliance
        IAM National Benefit Funds
        99 M Street, SE, Suite 600
        Washington, DC 20003
        Telephone: (202)-998-8426 Ext. 241
        Fax: (202)-471-2961
        zweinberg@iamnpf.org