THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IAM NATIONAL PENSION FUND, ET AL<br><br>Plaintiffs,<br>vs.<br><br>VALIANT GLOBAL DEFENSE SERVICES, INC.<br><br>Defendant. | Civil Case No. : 1:25-cv-03777 |

### [PROPOSED] ORDER

Upon review of the Plaintiffs' Notice of Pending Settlement, the Court hereby Orders that Plaintiffs shall file the Notice of Voluntary Dismissal with Prejudice on or before February 12, 2026. The Court further vacates its Minute Order from December 10, 2025.

**SO ORDERED**, this _____ day of January, 2026

_____
JOHN D. BATES
United States District Judge