THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IAM NATIONAL PENSION FUND, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>VALIANT GLOBAL DEFENSE SERVICES, INC.<br><br>　　　　　　Defendant. | Civil Action No. 1:25-cv-04027 |

## **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs, IAM National Pension Fund and Yolanda Montgomery in her capacity as Executive Director of the Funds (collectively, "Plaintiffs"), hereby give notice that the above-captioned action is voluntarily dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as this cause has been settled by the Parties. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: January 22, 2026

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/Zachary Weinberg
　　　　　　　　　　　　　　　　　　Zachary Weinberg (90025171)
　　　　　　　　　　　　　　　　　　Senior Litigation Counsel Contribution Compliance
　　　　　　　　　　　　　　　　　　IAM National Benefit Funds
　　　　　　　　　　　　　　　　　　99 M Street, SE, Suite 600
　　　　　　　　　　　　　　　　　　Washington, DC 20003
　　　　　　　　　　　　　　　　　　Telephone: (202)-998-8426 Ext. 241
　　　　　　　　　　　　　　　　　　Fax: (202)-471-2961
　　　　　　　　　　　　　　　　　　zweinberg@iamnpf.org